IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-83-RLV-DCK

| | |
|---|---|
| JACKIE SHOTZBERGER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| RELIANT CAPITAL SOLUTIONS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Lisa K. Drouillard filed October 6, 2011. Ms. Drouillard seeks to appear as counsel *pro hac vice* for Defendant, Reliant Capital Solutions.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Drouillard is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Reliant Capital Solutions.

Signed: October 7, 2011

David C. Keesler
United States Magistrate Judge